UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20071-CR-King/Garber

UNITED STATES OF AMERICA,

v.

JESUS GALENDEZ,

    Defendant.
_____/

### ORDER

THIS CAUSE is before the Court by Order of Reference from U.S. District Judge James Lawrence King.  Upon due consideration, it is hereby

**ORDERED that a change of plea hearing shall be held before the undersigned on Monday, the 28th day of June, 2010, at 3:00 p.m. in the James Lawrence King Federal Justice Building, Courtroom 4, Tenth Floor, 99 N.E. 4th Street, Miami, Florida 33132.  Sentencing is scheduled for Thursday, August 26, 2010, at 10:00 A.M. in Courtroom 11, Eleventh Floor, in the James Lawrence King Federal Justice Building before United States District Judge James Lawrence King.**

DONE AND ORDERED in Chambers at Miami, Florida this 22nd day of June, 2010.

                                                            BARRY L. GARBER
                                                  UNITED STATES MAGISTRATE JUDGE